LINDA BALDWIN JONES, Bar No. 178922
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: lbjones@unioncounsel.net
rperkins@unioncounsel.net
courtnotices@unioncounsel.net

NOREY LEE NAVARRO, Bar No. 348231
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone (213) 380-2344
Fax (213) 443-5098
E-Mail: nnavarro@unioncounsel.net

Attorneys for Plaintiffs BOARD OF TRUSTEES OF THE OPERATING ENGINEERS LOCAL 501 SECURITY FUND; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE OPERATING ENGINEERS LOCAL 501 SECURITY FUND; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>NEXT CENTURY PARTNERS, LLC; FHR CENTURY PLAZA HOTEL MANAGEMENT COMPANY, LLC FOR FAIRMONT CENTURY PLAZA,<br><br>Defendants. | No. 2:24-cv-1247 DSF (AJRx)<br><br>**DISMISSAL OF ACTION**<br><br>Fed. R. Civ. P 41(a)(1)(A) |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

DISMISSAL OF ACTION
Case No. 2:24-cv-1247 DSF (AJRx)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Board of Trustees of the Operating Engineers Local 501 Security Fund and Central Pension Fund of the International Union of Operating Engineers hereby dismiss the complaint and all causes of action asserted therein in its entirety without prejudice.

Dated:  July 3, 2024

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */S/ ROBERTA D. PERKINS*
ROBERTA D. PERKINS

Attorneys for Plaintiffs BOARD OF TRUSTEES OF THE OPERATING ENGINEERS LOCAL 501 SECURITY FUND; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS

157552\1481791

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2

DISMISSAL OF ACTION
Case No. 2:24-cv-1247 DSF (AJRx)

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On July 3, 2024, I served the following documents in the manner described below:

## DISMISSAL OF ACTION

☑ (BY U.S. MAIL): I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Emeryville, California.

On the following part(ies) in this action:

| | |
|---|---|
| Next Century Partners, LLC<br>c/o CSC Layers Incorporating Service, as Agent for Service of Process<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | FHR Century Plaza Hotel Management Company, LLC for Fairmont Century Plaza<br>c/o CT Corporation System, as Agent for Service of Process<br>330 Brand Blvd., Suite 700<br>Glendale, CA 91203 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 3, 2024, at Emeryville, California.

_____
Sally Mendez

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

DISMISSAL OF ACTION
Case No. 2:24-cv-1247 DSF (AJRx)